UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Eric Lamont Thompson,

    Plaintiff,

    v.

Warden SOCF, *et al.*,

    Defendants.

Case No. 2:24-cv-3439

Judge Michael H. Watson

Magistrate Judge Vascura

### ORDER

The magistrate judge recommended the Court dismiss without prejudice this prisoner civil rights case, but not assess a filing fee, due to Plaintiff's failure to prosecute. R&R, ECF No. 4. The R&R notified Plaintiff of his right to object to the recommendation contained therein and warned Plaintiff that a failure to timely object would result in forfeiture of the right to de novo review by the Court or to appeal the Court's adoption of the R&R. *Id.* at 4. Plaintiff failed to timely object.

Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint. The Clerk is **DIRECTED** to terminate this case without assessing a filing fee.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT